IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robbie Ritchie, #3037, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 4:09-803-TLW-TER ) |
| Just Care, Inc.; Columbia Care Center; Tull Gerrold, owner of privately owed hospital; Mr. Wyatt, director of hospital; Dr. Harden, *a/k/a Hardin*, Head Doctor; Dr. Darby; All Nurses on First Shift; Nurse Sup. Capers, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# ORDER

The plaintiff, Robbie Ritchie, ("plaintiff"), proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to Magistrate Judge Thomas E. Rogers, III, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #15). On May 12, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the defendants Columbia Care Center and "All Nurses on First Shift" be dismissed from this action. (Doc. #15). The plaintiff filed no objections to the report. Objections were due on June 1, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. #15). For the reasons articulated by the Magistrate Judge, the defendants Columbia Care Center and All Nurses on First Shift are hereby dismissed from this action.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

September 29, 2009
Florence, South Carolina