IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robbie Ritchie, #3037, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 4:09-803-TLW-TER |
| Just Care Inc.; Tull Gerrold, owner of privately owned hospital; Mr. Wyatt, director of hospital; Dr. Hardin, Head Doctor; Dr. Darby, Nurse Sup Capers, | ) |
| Defendants. | ) |

# ORDER

The plaintiff, Robbie Ritchie ("plaintiff"), proceeding *pro se*, filed this action pursuant to 42 U.S.C. § 1983 on March 31, 2009. (Doc. #1). The defendants filed a motion for summary judgment on December 4, 2009. (Doc. #42). The plaintiff filed no response to the motion for summary judgment. The case was referred to Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #45). In the Report, the Magistrate Judge recommends that complaint in this case be dismissed with prejudice for failure to prosecute pursuant to Fed. R. civ. P. 41(b). (Doc. #45). No objections were filed to the Report. Objections were due on March 11, 2010. In addition, mail addressed to the plaintiff has subsequently been returned to the Clerk of Court, indicating that the plaintiff has failed to keep the Court apprised of his address.

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. The Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #45). For the reasons articulated by the Magistrate Judge, the complaint in this action is hereby dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

March 19, 2010
Florence, South Carolina